COMMONWEALTH of Pennsylvania, Petitioner

v.

Charles NASE, Respondent

No. 922 MAL 2014

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

John DANTZLER, Petitioner

No. 352 WAL 2016

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Rasheed NIFAS, Petitioner

v.

Heidi SROKA, et al; S. Smith; R. Snyder; J. Dupont; S. Darr; B. Murphy; C. Saylor; R. Gauntner, Respondents

No. 349 WAL 2016

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

AND NOW, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.